UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED

2017 JUN 13 P 1: 50

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 17-CR-108

JAVON M. WALTON,
    a.k.a. "JOVAN WALTON,"
MONROE J. WALTON III, and
DEVONTEA M. WALTON,
    a.k.a. "DEVONTAE WALTON,"

Defendants.

[18 U.S.C. §§ 371, 1951(a), 924(c),
& 2119(1)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.     Beginning by at least January 12, 2017, and continuing until at least May 29,

2017, in the State and Eastern District of Wisconsin,

**JAVON M. WALTON, a.k.a. "JOVAN WALTON,"**
**MONROE J. WALTON III, and**
**DEVONTEA M. WALTON, a.k.a. "DEVONTAE WALTON"**

knowingly conspired with each other and with others to commit the following offenses against the

United States:

    a.   To unlawfully obstruct, delay, and affect and attempt to obstruct, delay, and affect

commerce by committing the offense of robbery, in violation of Title 18, United States

Code, Section 1951;

    b.   To take a motor vehicle that had been transported, shipped, and received in

interstate and foreign commerce from a victim by force, violence, and intimidation,

with the intent to cause death and serious bodily harm, in violation of Title 18, United

States Code, Section 2119(1); and

c.  To brandish, carry, and use a firearm during and in relation to and to possess a

firearm in furtherance of crimes of violence, namely robbery, in violation of Title 18,

United States Code, Section 924(c).

## Overt Acts in Furtherance of the Conspiracy

2.      In furtherance of the conspiracy and to effect its object, one or more of the

defendants committed the following overt acts:

| Act | Offense Conduct | Date | Victim Business (if applicable) | Location |
|---|---|---|---|---|
| 1 | Armed Robbery | April 9, 2017 | Sprint | 801 N. Mayfair Road Wauwatosa, Wisconsin |
| 2 | Armed Robbery | April 14, 2017 | Metro PCS | 5502 West Center Street Milwaukee, Wisconsin |
| 3 | Armed Robbery | May 5, 2017 | US Cellular | 9123 West Lincoln Avenue West Allis, Wisconsin |
| 4 | Armed Carjacking | May 22, 2017 | ---- | 4001 West Capitol Drive Milwaukee, Wisconsin |

All in violation of Title 18, United States Code, Section 371.

2

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     At all times material to this Indictment, the Sprint store, located at 801 North Mayfair Road, in Wauwatosa, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2.     On or about April 9, 2017, in the State and Eastern District of Wisconsin,

**JAVON M. WALTON and MONROE J. WALTON III**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendants did unlawfully take and obtain electronic devices from and in the presence of an employee of the Sprint store against his will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

3

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    At all times material to this Indictment, the Metro PCS store, located at 5502 West Center Street, in Milwaukee, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2.    On or about April 14, 2017, in the State and Eastern District of Wisconsin,

**JAVON M. WALTON and MONROE J. WALTON III**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendants did unlawfully take and obtain electronic devices from and in the presence of an employee of the Metro PCS store against her will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

4

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      At all times material to this Indictment, the US Cellular store, located at 9123 West Lincoln Avenue, in West Allis, Wisconsin, was a business engaged in the purchase and sale of articles and commodities in interstate commerce.

2.      On or about May 5, 2017, in the State and Eastern District of Wisconsin,

**MONROE J. WALTON III and DEVONTEA M. WALTON**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery in that the defendants did unlawfully take and obtain electronic devices from and in the presence of an employee of US Cellular against his will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 5, 2017, in the State and Eastern District of Wisconsin,

**MONROE J. WALTON III and DEVONTEA M. WALTON**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, for

which they may be prosecuted in a court of the United States, that is Count Four of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

6

# COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 22, 2017, in the State and Eastern District of Wisconsin,

**MONROE J. WALTON III and DEVONTEA M. WALTON,**

with the intent to cause death and serious bodily harm, took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the victim by force, violence, and intimidation.

In violation of Title 18, United States Code, Sections 2119(1) and 2.

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 22, 2017, in the State and Eastern District of Wisconsin,

**MONROE J. WALTON III and DEVONTEA M. WALTON**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence,

namely motor vehicle robbery as charged in Count Six of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

TRUE BILL:

███████████████████

FOREPERSON

Dated: _____06/13/17_____

_GREGORY J. HAANSTAD_
GREGORY J. HAANSTAD
United States Attorney