UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                          Case No. 2:17-CR-108

JAVON M. WALTON
MONROE J. WALTON and
DEVONTEA M. WALTON,

    Defendant.
_____

## MOTION REQUESTING THAT THE CLERK OF COURT FOR THE EASTERN DISTRICT OF WISCONSIN FILE DOCUMENT UNDER SEAL
_____

    Attorney Victor E. Plantinga, on behalf of Devontea M. Walton under the Criminal Justice Act (hereinafter the CJA) in the above captioned matter moves the Court, the Honorable Pamela Pepper District Court Judge for the United States District Court for the Eastern District of Wisconsin, that the document filed on today's date be submitted under seal and ex parte for consideration by the Court,

Dated this 21st day of August, 2017        Attorney for the Defendant

                                                              *Electronically signed by Victor E. Plantinga*

                                                              By:_____
                                                                 Victor E. Plantinga
                                                                 State Bar No. 1016434

**P.O. ADDRESS:**
161 South First Street
Suite 400
Milwaukee, WI 53204
Telephone: (414) 274-1400
Facsimile: (414) 274-1401